# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

NATHAN C. BRAUN,

      Petitioner,

v.

MINNESOTA DEPARTMENT
OF CORRECTIONS, et al.,

      Respondents.

**ORDER ADOPTING REPORT
AND RECOMMENDATION**
Civil File No. 26-01037 (MJD/SGE)

---

Nathan C. Braun, pro se.
Thomas R. Ragatz, Minnesota Attorney General's Office, Criminal Appeals, for Respondents.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins dated March 3, 2026. No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. §(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court

adopts the Report and Recommendation of Magistrate Judge Elkins dated March 3, 2026.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Shannon G. Elkins dated March 3, 2026 **[Doc. 5]**;

2. Petitioner Nathan C. Braun's Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED** and this action is **DISMISSED without prejudice**;

3. Braun's Application to Proceed In Forma Pauperis **[Doc. 3]** is **DENIED as moot**;

4. Braun's Motion for Preliminary Injunction **[Doc. 4]** is **DENIED as moot**; and

5. No certificate of appealability shall issue.

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  March 30, 2026                                s/Michael J. Davis
                                                      Michael J. Davis
                                                      United States District Court